C. A. McALLISTER, *Appellant*, v. O. W. SPARKS *et al.*,
*Appellees.*

No. 16,806.

HEADNOTE BY THE REPORTER.

PLEADINGS—*Demurrer—Action on a Contract for Damages.* In
an action on a contract for damages a petition stated a cause
of action.

Appeal from Cherokee district court. Opinion filed
April 8, 1911. Reversed.

*William F. Sapp,* and *Andrew S. Wilson,* for the
appellant.

*Per Curiam:* This is the second appeal in this
action. (*Sparks v. McAllister,* 80 Kan. 546.) A judg-
ment for the plaintiff on the pleadings was there held
erroneous. The petition was then amended, and a de-
murrer to the amended petition was sustained. The
plaintiff appeals from this order.

In the former opinion it was held that as the pe-
tition did not allege a waiver of a certain material
condition of the contract nor excuse for its nonper-
formance—the failure to perform having been ex-
pressly alleged in the answer—the plaintiff appeared
to have made default in the contract, and the motion
for judgment in his favor should have been denied.
In the amended petition an excuse for failure to comply
with the condition was sufficiently pleaded, viz., that
the defendants had notified the plaintiff that they
would not purchase the property, and that they had
promised to pay the plaintiff for milling the ore. The
defendants have not filed a brief, and we are unable
to discover any reason for sustaining the demurrer to
the amended petition, which appears to state facts suf-
ficient to constitute a cause of action.

The judgment is reversed with directions to overrule
the demurrer and proceed with the cause.